United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ROBINETT, | No. C 09-3845 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CORRECTIONAL TRAINING FACILITY; et al., | |
| Defendants. | |

Tony Robinett, an inmate at the Correctional Training Facility in Soledad, filed a pro se civil rights action under 42 U.S.C. § 1983 alleging that he was injured when he fell from his ladderless bunk bed. The court reviewed the complaint under 28 U.S.C. § 1915A, found that it failed to state a claim upon which relief may be granted against any named defendant, and dismissed it with leave to amend by August 20, 2010. The court noted the existence of Doe defendants, and explained that if Robinett did not provide true names for the Doe defendants in his amended complaint, and "does not state a claim against any named defendant, the whole action will be dismissed without prejudice to him suing the Doe defendants if he ever learns their identity." Order Of Dismissal With Leave To Amend, p. 7. Robinett requested and received an extension of the deadline to file an amended complaint. The extended deadline has now passed, and Robinett has not filed an amended complaint.

1    This action is dismissed for failure to comply with the court's order to file an amended
2 complaint.  This dismissal is without prejudice to Robinett filing a new action against the Doe
3 defendants for deliberate indifference to his medical needs if he ever learns the identity of the
4 Doe defendants.  The clerk shall close the file.

    IT IS SO ORDERED.

Dated: November 4, 2010

    _____

    SUSAN ILLSTON
United States District Judge