UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ROBINETT, | No. C 09-3845 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CORRECTIONAL TRAINING FACILITY; et al., | |
| Defendants. | |

This action is dismissed for failure to comply with the court's order to file an amended complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 4, 2010

_____
SUSAN ILLSTON
United States District Judge